## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IVY MAY**                                      **CIVIL ACTION**

**VERSUS**                                      **NO:  06-0888**

**RICHARD L. STALDER, ET AL**              **SECTION: "S"(4)**

## <u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Ivy May's Title 42 U.S.C. § 1983 claims against the defendants, Secretary Richard L. Stalder, Assistant Warden Kathleen M. McGinnis, and Warden James D. Miller, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and otherwise for seeking relief against immune defendants pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this ____15th____ day of _____June_____, 2006

_____
**UNITED STATES DISTRICT JUDGE**